IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Case No. 4:15-cr-00290 PJH** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | [~~PROPOSED~~] **ORDER RE MODIFICATION OF RELEASE CONDITIONS TO PERMIT TRAVEL** |
| | ) | |
| KENNETH FLEMING, JR., | ) | |
| Defendants. | ) | Judge: Hon. Phyllis J. Hamilton |
| | ) | |
| _____ | ) | |

Good cause having been shown, the parties' Stipulation and [Proposed] Order re Modification of Release Conditions to Permit Defendant Kenneth Fleming to travel to: (1) Sacramento, California, leaving the early morning of August 29, 2015 and returning that same evening, in order to visit his brother and nephew, Bryant Fleming and Bryant Fleming, Jr.; and (2) 2 Ponte Sonata, Lake Elsinore, California 92532, leaving the morning of September 3, 2015 and returning the evening of September 6, 2015, in order to visit his aunt and uncle, Pamela Shepherd and Warren Shepherd is hereby GRANTED.

IT IS SO ORDERED.

Dated:   8/14/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge

1