JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
819 Delaware Street
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
james@ycbtal.net

Attorney for Defendant
Kenneth Fleming, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> KENNETH FLEMING, JR., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> _____ ) | Case No. 4:15-cr-00290 PJH <br><br> **STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF RELEASE CONDITIONS TO PERMIT TRAVEL** <br><br> Judge: Hon. Phyllis J. Hamilton |

The parties hereby stipulate and agree that:

1.    Defendant Kenneth Fleming's conditions of release provide that he may not travel outside the Northern District of California.

2.    Mr. Fleming wishes to travel to 3500 Data Drive, Rancho Cordova, California 95670, leaving the early morning of November 13, 2015 and returning the evening of November 16, 2015, in order to visit his brother and nephew, Bryant Fleming and Bryant Fleming, Jr.

3.    Mr. Fleming wishes to travel to 3500 Data Drive, Rancho Cordova, California 95670, leaving the early morning of November 26, 2015 and returning the evening of November 30, 2015, in order to visit his brother and nephew, Bryant Fleming and Bryant Fleming, Jr.

Stipulation and [Proposed] Order re
Modification of Release Conditions
to Permit Travel

1

4. United States Pretrial Services Officer Victoria Gibson has no objection to these requests.

5. Assistant United States Attorney Garth Hire has no objection to these requests.

6. Mr. Fleming will provide an itinerary to Officer Gibson in advance of his travel.

IT IS SO STIPULATED

DATED: November 6, 2015                  Respectfully submitted,

*/s/ James Thomson*
_____
JAMES THOMSON
Attorney for Kenneth Fleming, Jr.

DATED: November 6, 2015                       /s/
_____
GARTH HIRE
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No. 4:15-cr-00290 PJH** |
| ) | |
| Plaintiff, ) | |
| ) | **[PROPOSED] ORDER RE** |
| vs. ) | **MODIFICATION OF RELEASE** |
| ) | **CONDITIONS TO PERMIT TRAVEL** |
| ) | |
| KENNETH FLEMING, JR., ) | |
| ) | Judge: Hon. Phyllis J. Hamilton |
| Defendants. ) | |
| ) | |
| ) | |
| _____ ) | |

Good cause having been shown, the parties' Stipulation and [Proposed] Order re Modification of Release Conditions to Permit Defendant Kenneth Fleming to travel to: (1) 3500 Data Drive, Rancho Cordova, California 95670, leaving the early morning of November 13, 2015 and returning the evening of November 16, 2015, in order to visit his brother and nephew, Bryant Fleming and Bryant Fleming, Jr.; and (2) 3500 Data Drive, Rancho Cordova, California 95670, leaving the early morning of November 26, 2015 and returning the evening of November 30, 2015, in order to visit his brother and nephew, Bryant Fleming and Bryant Fleming, Jr. is hereby GRANTED.

IT IS SO ORDERED.

Dated:   11/6/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge

1