JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
819 Delaware Street
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
james@ycbtal.net

Attorney for Defendant
Kenneth Fleming, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> KENNETH FLEMING, JR., <br>     Defendants. | **Case No. 4:15-cr-00290 PJH** <br><br> **STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF RELEASE CONDITIONS TO PERMIT TRAVEL** <br><br> Judge: Hon. Phyllis J. Hamilton |

The parties hereby stipulate and agree that:

1. Defendant Kenneth Fleming's conditions of release provide that he may not travel outside the Northern District of California.

2. Mr. Fleming wishes to travel to 2062 West Adams Boulevard, Los Angeles, California 90018 and 2 Ponte Sonata, Lake Elsinore, California 92532, leaving the morning of September 9, 2016 and returning the evening of September 11, 2016, in order to visit his step mother, step sister, aunt and uncle.

3. United States Pretrial Services Officer Victoria Gibson has no objection to this request.

1   4. Assistant United States Attorney Garth Hire has no objection to this request.

2   5. Mr. Fleming will provide an itinerary to Officer Gibson in advance of his

3   travel.

4   IT IS SO STIPULATED

5

6   DATED: September 2, 2016        Respectfully submitted,

7                                   */s/ James Thomson*

8                                   JAMES THOMSON
    Attorney for Kenneth Fleming, Jr.

9

10  DATED: September 2, 2016              /s/

11                                  GARTH HIRE
    Assistant United States Attorney

Stipulation and [Proposed] Order re
Modification of Release Conditions
to Permit Travel

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KENNETH FLEMING, JR.,<br><br>    Defendants. | Case No. 4:15-cr-00290 PJH<br><br>[PROPOSED] ORDER RE MODIFICATION OF RELEASE CONDITIONS TO PERMIT TRAVEL<br><br>Judge: Hon. Phyllis J. Hamilton |

Good cause having been shown, the parties' Stipulation and [Proposed] Order re Modification of Release Conditions to Permit Defendant Kenneth Fleming to travel to 2062 West Adams Boulevard, Los Angeles, California 90018 and 2 Ponte Sonata, Lake Elsinore, California 92532, leaving the morning of September 9, 2016 and returning the evening of September 11, 2016, in order to visit his step mother, step sister, aunt and uncle is hereby GRANTED.

IT IS SO ORDERED.

Dated:   9/6/16

~~KANDIS A. WESTMORE~~ DONNA M. RYU
United States Magistrate Judge

1