JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
819 Delaware Street
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
james@ycbtal.net

Attorney for Defendant
Kenneth Fleming, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> KENNETH FLEMING, JR., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> _____ ) | **Case No. 4:15-cr-00290 PJH** <br><br> **STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF RELEASE CONDITIONS TO PERMIT TRAVEL** <br><br> Judge: Hon. Phyllis J. Hamilton |

The parties hereby stipulate and agree that:

1. Defendant Kenneth Fleming's conditions of release provide that he may not travel outside the Northern District of California.

2. Mr. Fleming wishes to travel to 2 Ponte Sonata, Lake Elsinore, California 92532, leaving the morning of May 25, 2017 and returning the evening of May 29, 2017, in order to visit his step mother, step sister, aunt and uncle.

3. Mr. Fleming wishes to travel to 6701 Collins Avenue, Miami Beach, Florida 33141 and Disney World in Orlando, Florida, leaving the morning of June 30, 2017 and returning the evening of July 8, 2017, in order to attend his family reunion and

to spend time with his family.

4. United States Pretrial Services Officer Victoria Gibson has no objection to this request.

5. Assistant United States Attorney Garth Hire has no objection to this request.

6. Mr. Fleming will provide an itinerary to Officer Gibson in advance of his travel.

IT IS SO STIPULATED

DATED: May 8, 2017                      Respectfully submitted,

*/s/ James Thomson*
JAMES THOMSON
Attorney for Kenneth Fleming, Jr.

DATED: May 8, 2017                      /s/
GARTH HIRE
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KENNETH FLEMING, JR., ) <br> Defendants. ) <br> ) | Case No. 4:15-cr-00290 PJH <br><br> **[PROPOSED] ORDER RE MODIFICATION OF RELEASE CONDITIONS TO PERMIT TRAVEL** <br><br> Judge: Hon. Phyllis J. Hamilton |

Good cause having been shown, the parties' Stipulation and [Proposed] Order re Modification of Release Conditions to Permit Defendant Kenneth Fleming to travel to: (1) 2 Ponte Sonata, Lake Elsinore, California 92532, leaving the morning of May 25, 2017 and returning the evening of May 29, 2017, in order to visit his step mother, step sister, aunt and uncle; and (2) 6701 Collins Avenue, Miami Beach, Florida 33141 and Disney World in Orlando, Florida, leaving the morning of June 30, 2017 and returning the evening of July 8, 2017, in order to attend his family reunion and to spend time with his family is hereby GRANTED.

IT IS SO ORDERED.

Dated: 5/9/19

~~KANDIS A. WESTMORE~~
United States Magistrate Judge
NANDOR J. VADAS

1